[No. 2432-42723-1.    Division One.    August 5, 1974.]

*In the Matter of the Estate of* LUCILE MARGARET MORGAN, *Deceased.*
THE STATE DEPARTMENT OF REVENUE, *Appellant*, v. IRVING T. MORGAN, *as Executor, Respondent.*

Appeal from a judgment of the Superior Court for King County, No. E-192090, Eugene G. Cushing, J. Pro Tem., January 23, 1973. *Affirmed* by unpublished opinion per Callow, J., concurred in by Horowitz and James, JJ.

[No. 2941-1.    Division One.    August 5, 1974.]

BARBARA WUEST, *Petitioner*, v. CRAIG WUEST, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. D-31088, Sidney R. Buckley, J., entered April 11, 1974. *Affirmed* by unpublished opinion per Swanson, C.J., concurred in by Horowitz and Williams, JJ.

[No. 2416-1.    Division One.    August 5, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. M. E. COOK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 57842, James W. Mifflin, J., entered June 29, 1973. *Reversed* by unpublished per curiam opinion.